In the Matter of the Claim of MILTON KATZMAN, Respondent, against IRVING FRIEDRICKS et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the State Insurance Fund and employer from an award to a dependent grandchild under eighteen years of age. The evidence sustains the award. The dependent was the grandchild of decedent. Before decedent's death the parents of the infant had died and he was adopted by another child of decedent. The decedent by agreement contributed five dollars each week towards the support and maintenance of the infant. Award affirmed, with costs to the State Industrial Board. All concur.

In the Matter of the Claim of TONY ABBATE, Appellant, against S. GILIUFFI & J. BERTOLLONE et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision of the State Industrial Board holding that claimant's disability due to tuberculosis and subsequent to January 17, 1941, was not related to or due to an accident of December 8, 1939. The medical testimony supports the finding of lack of causal relation. A previous finding of causal relation, on which an award was based and paid, was not conclusive as to the subsequent finding and the Industrial Board, under its continuing jurisdiction, might reverse or modify such previous finding. Decision affirmed, without costs. All concur.

In the Matter of the Claim of ELIZABETH McLAUGHLIN, Respondent, against ALCO GRAVURE DIVISION OF PUBLICATION CORPORATION et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— The employer and its insurance carrier have appealed from an award of death benefits made to the widow of a deceased workman and to two minor children. The decedent was a resident of the State of New York and was employed as a pressman by the employer, whose office address was 580 Fifth Avenue, New York City. He worked for the employer nine or ten years and then became disabled as a result of benzol poisoning, an occupational disease. Later he worked for the same employer in New Jersey. On August 6, 1942, he became disabled from the effects of benzol poisoning due to exposure in New York State. He died as a result of the poisoning on October 6, 1942. The Industrial Board found that it had jurisdiction of the claim and that the claim for death benefits comes within the provisions of the Workmen's Compensation Law. The evidence sustains the finding. Award affirmed, with costs to the State Industrial Board. All concur. [See *post*, p. 935.]